RENE L. VALLADARES  
Federal Public Defender  
Nevada State Bar No. 11479  
SEAN A. MCCLELLAND  
Assistant Federal Public Defender  
Nevada State Bar No. 16581  
200 S. Virginia Street, Suite 340  
Reno, Nevada 89501  
(775) 321-8451/Tel.  
(702) 388-6261/Fax  
Sean_McClelland@fd.org  

Attorney for KLINT MASSEY  

# UNITED STATES DISTRICT COURT  
# DISTRICT OF NEVADA  

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>KLINT MASSEY,<br><br>       Defendant. | Case No. 3:18-cr-00088-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for KLINT MASSEY and United States Attorney JASON M. FRIERSON, Assistant United States Attorney, RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release set for December 2, 2024, at 10:30 AM, be vacated and continued to January 7, 2025, at 9:00 AM.

This Stipulation is entered into for the following reasons:

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. The defendant is currently detained and consents to the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 25th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Sean A. McClelland*<br>   SEAN A. MCCLELLAND<br>   Assistant Federal Public Defender<br>   Counsel for KLINT MASSEY | By  */s/ Randolph J. St. Clair*<br>   RANDOLPH J. ST. CLAIR<br>   Assistant United States Attorney<br>   Counsel for United States of America |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release set for December 2, 2024, at 10:30 AM, be vacated and continued to January 7, 2025, at 9:00 AM.

DATED this <u>25th</u> day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE